Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Hannah Kieschnick (SBN 319011)
  hkieschnick@aclunc.org
Angelica Salceda (SBN 296152)
  asalceda@aclunc.org
Shilpi Agarwal (SBN 270749)
  sagarwal@aclunc.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone:   (415) 621-2493
Facsimile:    (415) 255-1478

Anthony Prince (SBN 202892)
  princelawoffices@yahoo.com
General Counsel, California Homeless Union
LAW OFFICES OF ANTHONY D. PRINCE
2425 Prince Street, Suite 100
Berkeley, CA 94705
Telephone: (510) 301-1472

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DESIREE MARTINEZ, FRESNO HOMELESS UNION, FAITH IN THE VALLEY, and ROBERT MCCLOSKEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF FRESNO,<br><br>Defendant. | Case No. 1:22-cv-00307-DAD-SAB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:   Judge Drozd<br>Date:     May 17, 2022<br>Time:    9:30 a.m.<br>Courtroom: 5 |

PLEASE TAKE NOTICE that on May 17, 2022, at 9:30 AM, or as soon thereafter as Plaintiffs may be heard, Plaintiffs Desiree "Dez" Martinez, Fresno Homeless Union, Faith in the Valley, and Robert McCloskey (collectively, "Plaintiffs") will, and hereby respectfully do, move the Court for entry of an order preliminarily enjoining Defendant City of Fresno (the "City") from enforcing Fresno Municipal Code Section 10-616, which was recently amended and which is set to take effect on March 31, 2022.

Plaintiffs seek an injunction requiring the City to immediately cease enforcement of Section 10-616. The requested injunction would prohibit the City from designating any restricted areas or requiring express authorization to enter such restricted areas pursuant to Section 10-616(b)(1), or issuing any administrative citations or prosecuting any criminal sanctions pursuant to Section 10-616(b)(3), and would further direct the City to cease all efforts to conduct nuisance abatements pursuant to Section 10-616.

This motion is brought pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 231, and is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points of Authorities; the supporting Declarations of Dez Martinez, Robert McCloskey, Alexandra Alvarado, Cindy Piombino, Crystal Sanchez, Estevan Hernandez, Rosemary Juarez-Deleon, and Fred Valdez, with the exhibits attached thereto; the Proposed Order; the pleadings and papers on file in the above-captioned matter; any subsequent briefing; and any evidence or oral argument that may be requested or permitted by the Court.

In accord with Local Rule 231(d)(3), Plaintiffs hereby inform the Court that they respectfully request the opportunity to present oral argument at a hearing on this Motion. Plaintiffs anticipate that one hour will be required for oral argument at this hearing, but further respectfully request that the Court provide additional time as is reasonably necessary continuing therefrom.

Undersigned counsel hereby certifies that they have complied with Section 1(C) of the Court's Standing Order. On March 23, 2022, counsel for Plaintiffs emailed the City Attorney for the City of Fresno, requesting to meet and confer about Plaintiffs' anticipated motion for preliminary injunction. Counsel's email outlined the basis for Plaintiffs' contemplated motion and set forth the relief that Plaintiffs would be seeking. The City Attorney failed to respond to this message. Accordingly, on March 29, 2022, Plaintiffs' counsel followed up with an email to the City Attorney and the City Clerk advising that Plaintiffs, having heard nothing from the City on this matter, intended to file their Motion as planned. Then, on the same day that Plaintiffs had told the City Attorney that they would be filing this Motion, and one week after Plaintiffs' counsel had initially reached out to meet and confer, the City Attorney sent separate correspondence about the case. The City Attorney's correspondence was not directly responsive to counsel's meet-and-confer efforts, but it did reveal that further meet and confer on

1  this Motion would not resolve the issues presented herein.

3  Dated:     March 30, 2022            Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA,
INC.

_____
Chessie Thacher (SBN 296767)
Hannah Kieschnick (SBN 319011)
Angelica Salceda (SBN 296152)
Shilpi Agarwal (SBN 270749)

CALIFORNIA HOMELESS UNION
STATEWIDE ORGANIZING COUNCIL,
LAW OFFICES OF ANTHONY D. PRINCE

*/s/ Anthony Prince* **(Authorized March 30, 2022)**
Anthony Prince (SBN 202892)

*Attorneys for Plaintiffs*