UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DESIREE MARTINEZ, FRESNO HOMELESS UNION, FAITH IN THE VALLEY, and ROBERT MCCLOSKEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF FRESNO,<br><br>Defendant. | Case No. 1:22-cv-00307-DAD-SAB<br><br>**[PROPOSED] PRELIMINARY INJUNCTION** |

## [PROPOSED] ORDER

Upon review of Plaintiffs' Motion for Preliminary Injunction, Defendant's Opposition, and Plaintiffs' Reply, and all supporting memoranda of points and authorities, exhibits, and declarations, and after hearing the parties on the __ day of _____, 2022, Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED. Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 231, the Court orders as follows:

## PRELIMINARY INJUNCTION

The Court concludes that Plaintiffs have met their burden of showing: (1) a likelihood of success on the merits of their claims under the First and Fourteenth Amendments of the U.S. Constitution and

Article I (sections 2, 3, 7, and 24) and Article XI (sections 5 and 7) of the California Constitution; (2) that enforcing Fresno Municipal Code Section 10-616 is likely to cause immediate irreparable harm to Plaintiffs; (3) that the balance of equities weighs in Plaintiffs' favor; and (4) that the public interest favors granting the Motion. Accordingly, a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and the inherent equitable powers of this Court is warranted.

The Court hereby ORDERS that:

1. Defendant City of Fresno must immediately cease enforcement of Fresno Municipal Code Section 10-616. This injunction specifically prohibits the following:

   a. Designating any restricted areas or requiring express authorization to enter such restricted areas pursuant to Section 10-616(b)(1);

   b. Issuing any administrative citations or prosecuting any criminal sanctions pursuant to Section 10-616(b)(3); and

   c. Conducting nuisance abatements pursuant to Section 10-616.

2. Because the Court has determined that the balance of equities weighs strongly in favor of Plaintiffs, there is significant public interest in the underlying action, and Plaintiffs seek to vindicate their constitutional rights, the Court hereby further ORDERS that Plaintiffs are not required to post any bond pursuant to Federal Rule of Civil Procedure 65(c).

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2022

                                                **The Honorable Dale A. Drozd**
                                                U.S. District Court Judge