Douglas T. Sloan, City Attorney (State Bar #194996)
Tina Griffin, Chief Assistant City Attorney (State Bar #210328)
**CITY OF FRESNO**
2600 Fresno Street, Room 2031
Fresno, California 93721-3602

Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, (State Bar #232313)
Jessica Thomason (State Bar #340704)
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:    (559) 753-2560

BETTS & RUBIN, A Professional Corporation
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant City of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ, FRESNO HOMELESS UNION, FAITH IN THE VALLEY, and ROBERT MCCLOSKEY,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF FRESNO,<br><br>Defendant. | Case No. 1:22-cv-00307-DAD-SAB<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; AND TO STRIKE PORTIONS OF THE COMPLAINT<br>[F.R.C.P. Rule 8, 12(b)(6), 12(f) and 12(g)]<br><br>Date:       May 17, 2022<br>Time:       9:30 a.m.<br>Courtroom:  5 |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 17, 2022 at 9:30 a.m. in Courtroom 5 of the above-entitled Court located at 2500 Tulare Street, Fresno, California, Defendant City of Fresno ("City")

will move to dismiss Plaintiffs' Complaint. This Motion is made pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

City hereby moves to dismiss Plaintiffs' Complaint and certain causes of action contained therein on the following grounds:

## FIRST CAUSE OF ACTION

(14th Amendment of the US Constitution; 42 U.S.C. Section 1983 - State-Created Danger)

1. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## SECOND CAUSE OF ACTION

(Article I, Section 7 of the California Constitution; State-Created Danger)

2. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## THIRD CAUSE OF ACTION

(First and Fourteenth Amendment of the US Constitution; 42 U.S.C. section 1983 - Violation of Freedom of Speech and Assembly)

3. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## FOURTH CAUSE OF ACTION

(Article I, Sections 2 and 3 of the California Constitution - Freedom of Speech and Assembly)

4. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## FIFTH CAUSE OF ACTION

(Fourteenth Amendment of the US Constitution; 42 U.S.C § 1983-Substantive Due Process - Void for Vagueness)

5. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## SIXTH CAUSE OF ACTION

(Article I, Section 7 of the California Constitution - Substantive Due Process, Void for Vagueness)

6. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## SEVENTH CAUSE OF ACTION

(Fourteenth Amendment to US Constitution; 42 USC §

1983-Right to Free Movement and Travel)

7. Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## EIGHTH CAUSE OF ACTION

(Article I, Sections 7 and 24 of the California Constitution - Right to Free Movement and Travel)

8.    Plaintiffs fail to state facts sufficient to constitute a cause of action against the City.

## NINTH CAUSE OF ACTION

(Article XI, Sections 5 and 7 of the California Constitution - Preemption)

9.    Plaintiffs fail to state facts sufficient to constitute a cause of action against the City, which is also barred by the statute of limitations.

## MOTION TO STRIKE

10.    In the alternative, Defendant City of Fresno also moves pursuant to Rule 8(a) and Rule 12(f) to strike paragraphs 1-4 and 12-37 as extraneous and immaterial to any issue presented for determination by this Court.

This Motion will be based on this Notice, the Memorandum of Points and Authorities in Support thereof, the Request for Judicial Notice, upon all pleadings and papers on file herein, upon such matters as this Court may elect to consider, and upon such other oral and documentary evidence as may be presented, at the time of the hearing.

## MEET AND CONFER

Prior to filing the instant motion, I directed correspondence to Plaintiffs' counsel and telephoned Plaintiffs' lead counsel, Ms. Thacher on April 5, 2022. I received responsive correspondence from Ms. Thacher on April 6, 2022, which I responded to that same date. Despite our exchanges summarizing the position of the parties, we were unable to reach agreement, necessitating the filing of the instant motion.

Dated: April, 8, 2022                  BETTS & RUBIN

By /s/ James B. Betts
James B. Betts
Attorneys for Defendant City of Fresno

## PROOF OF SERVICE

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is 907 Santa Fe Avenue, Suite. 201, Fresno, CA. On April 8, 2022, I served **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; AND TO STRIKE PORTIONS OF THE COMPLAINT [F.R.C.P. Rule 8, 12(b)(6), 12(f) and 12(g)]** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

_____**(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

_____**(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

\_\_X\_\_\_**(By Mail)** I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

\_\_X\_\_\_**(By E-Mail)** I caused each document to be sent by e-mail.

_____**(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

| | |
|---|---|
| Chessie Thacher<br>Hannah Kieschnick<br>Angelica Salceda<br>Shilpi Agarwal<br>American Civil Liberties Union Foundation<br>of Northern California, Inc.<br>39 Drumm Street<br>San Francisco, CA 94111 | Anthony Prince<br>Law Offices of Anthony D. Prince<br>General Counsel, California Homeless Union<br>2425 Prince Street, Suite 100<br>Berkeley, CA 94705 |
| Douglas T. Sloan,<br>Tina Griffin,<br>**CITY OF FRESNO**<br>2600 Fresno Street, Room 2031<br>Fresno, California 93721-3602 | Whitney, Thompson & Jeffcoach LLP<br>Mandy L. Jeffcoach,<br>Jessica Thomason<br>970 W. Alluvial Ave.<br>Fresno, California 93711 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 8, 2022, at Fresno, California.

\_\_/s/ Adriana Garcia_____
Adriana Garcia