# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ, et al., | Case No. 1:22-cv-00307-DAD-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| CITY OF FRESNO, | (ECF Nos. 3, 26) |
| Defendant. | |

Plaintiffs initiated this action against Defendant City of Fresno on March 16, 2022. (ECF No. 1.) An initial scheduling conference was set for June 16, 2022. (ECF No. 3.) On March 30, 2022, Plaintiffs filed a motion for preliminary injunction, which the Court granted on May 24, 2022. (ECF Nos. 6, 25.) On April 8, 2022, Defendant filed a motion to dismiss, which remains pending before the District Judge. (ECF No. 13.)

On May 25, 2022, the parties filed the instant stipulated request to continue the scheduling conference for forty-five days, or to July 29, 2022. (ECF No. 26.) Counsel for Defendant City of Fresno proffers that, given the recent order granting Plaintiffs' preliminary injunction, counsel needs to confer with his client to address certain issues before the parties may meet and confer prior to the mandatory scheduling conference and prepare the joint scheduling report. The Court finds good cause exists to approve the stipulated request. However, due to the impacted nature of all matters before the Eastern District and in light of the motion to dismiss

currently pending before the District Judge, the Court shall continue the scheduling conference to November 22, 2022.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for a continuance of the scheduling conference (ECF No. 26) is GRANTED;

2. The scheduling conference set for June 16, 2022 (ECF No. 3), is CONTINUED to **November 22, 2022, at 10:00 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 25, 2022**

UNITED STATES MAGISTRATE JUDGE

2