AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Hannah Kieschnick (SBN 319011)
  hkieschnick@aclunc.org
Angelica Salceda (SBN 296152)
  asalceda@aclunc.org
Shilpi Agarwal (SBN 270749)
  sagarwal@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478


LAW OFFICES OF ANTHONY D. PRINCE
General Counsel, California Homeless Union
Anthony Prince (SBN 202892)
2425 Prince Street, Suite 100
Berkeley, CA 94705
Telephone: (510) 301-1472
princelawoffices@yahoo.com

*Attorneys for Plaintiffs*

BETTS & RUBIN, A Professional Corp.
James B. Betts (SBN 110222)
Joseph D. Rubin (SBN 149920)
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile: (559) 438-6959
br@bettsrubinlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **DESIREE MARTINEZ, FRESNO HOMELESS UNION, FAITH IN THE VALLEY**, and **ROBERT MCCLOSKEY**,<br><br>                Plaintiffs,<br><br>v.<br><br>**THE CITY OF FRESNO**,<br><br>                Defendants. | Case No. 1:22-cv-00307-ADA-SAB<br><br>**JOINT STATUS REPORT**<br><br><br>Judge: Hon. Ana de Alba |

Pursuant to the Minute Order issued by the Court on August 31, 2022, Plaintiffs Desiree Martinez, Faith in the Valley, Fresno Homeless Union, and Robert McCloskey (collectively, "Plaintiffs") and Defendant City of Fresno ("Defendant") respectfully submit this Joint Status Report to address the following issues:

## I.    Procedural History

On February 17, 2022, Defendant adopted language—over Plaintiffs' protest—amending Section 10-616 of the Fresno Municipal Code ("Section 10-616"), which became effective March 31, 2022;

On March 16, 2022, Plaintiffs filed an action against Defendant in the United States District Court for the Eastern District of California, entitled *Martinez et al. v. City of Fresno*, Case No. 1:22-cv-00307-DAD-SAB (the "Lawsuit"), alleging that Section 10-616 as amended violated the U.S. and California Constitutions (ECF No. 1);

On March 30, 2022, Plaintiffs filed a motion for preliminary injunction seeking to enjoin enforcement of Section 10-616 as amended (ECF No. 6);

On April 8, 2022, Defendant filed a motion to dismiss the complaint, or in the alternative, to strike portions of the complaint (ECF No. 13);

On May 11, 2022, the Court held a hearing on Plaintiffs' motion for a preliminary injunction and deferred a hearing on Defendant's motion to dismiss;

On May 24, 2022, the Court granted Plaintiffs' motion for preliminary injunction and issued an order restraining and enjoining Defendant City of Fresno from enforcing the amended provisions of Fresno Municipal Code § 10-616 (ECF No. 25);

On June 23, 2022, Defendant introduced legislation to further amend Section 10-616 "and remove[] the language adopted on February 17, 2022," such that Section 10-616 was "restore[d] to its original language" prior to the amendments at issue in the Lawsuit (Ordinance Item No. 22-205);[1]

---

[1] *City of Fresno*, Item No. 22-1055, Legislation Details (With Text) (June 23, 2022) *available at* https://fresno.legistar.com/ViewReport.ashx?M=R&N=Master&GID=392&ID=5700068&GUID=3BD6 C619-0355-4925-AE97-20612DD9AE5A&Extra=WithText&Title=Legislation+Details+(With+Text).

1  On June 30, 2022, Defendant adopted its proposed legislation further amending Section 10-616

2  and removing the disputed amendments from the Municipal Code effective July 31, 2022 (Ordinance

3  Item No. 22-1086).[2]

4  **II.      Case Status and Pending Motions**

5  In light of the foregoing procedural history, the Parties agree that Plaintiffs' prosecution of this

6  Lawsuit was meritorious and resulted in the Court's issuance of a Preliminary Injunction. Subsequent to

7  the Court's ruling, the Parties  have engaged in preliminary settlement discussions that likely moot any

8  further litigation, including the City's pending motion to dismiss (ECF No. 13).

9  **III.      Settlement Negotiations and Status Conference**

10  The Parties are currently engaged in informal settlement negotiations to resolve the matter of

11  attorneys' fees and costs, to which Plaintiffs are entitled. The Parties are hopeful that this matter can be

12  resolved without further intervention by the Court, but will seek direction from the Court if they are

13  unable to reach agreement. The Parties are aware of the Court's busy docket and limited resources. They

14  therefore believe that neither a mandatory settlement conference nor a status conference is necessary at

15  this time.

16

17  Dated: September 6, 2022                    Respectfully submitted,

18                                                             [Attorney Signatures on Following Page]

19  /

20  /

21  /

22  /

23  /

24  /

25  /

26

27  [2] *City of Fresno*, Bill B-16, Item No. 22-1086, Legislation Details (With Text) (June 30, 2022),
*available at*

28  https://fresno.legistar.com/ViewReport.ashx?M=R&N=Master&GID=392&ID=5707520&GUID=76B3
D81F-9F11-4934-B965-2DF40B582840&Extra=WithText&Title=Legislation+Details+(With+Text).

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.


*/s/ **Chessie Thacher**_____
Chessie Thacher
Hannah Kieschnick
Angelica Salceda
Shilpi Agarwal


CALIFORNIA HOMELESS UNION STATEWIDE
ORGANIZAING COUNCIL
LAW OFFICES OF ANTHONY D. PRINCE


*/s/ **Anthony Prince** [Authorized on Sept. 6, 2022]__
Anthony Prince

*Attorneys for Plaintiffs*



BETTS & RUBIN



_____

James B. Betts

*Attorneys for Defendant*

1  /

2  /

3

4  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF NORTHERN CALIFORNIA, INC.

5

6  _____

7  Chessie Thacher
   Hannah Kieschnick

8  Angelica Salceda
   Shilpi Agarwal

9

10  CALIFORNIA HOMELESS UNION STATEWIDE
    ORGANIZAING COUNCIL

11  LAW OFFICES OF ANTHONY D. PRINCE

12

13  _____

14  Anthony Prince

15  *Attorneys for Plaintiffs*

16

17  BETTS & RUBIN

18

19  _____

20  James B. Betts

21  *Attorneys for Defendant*

22

23

24

25

26

27

28